PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Blvd.
    Baltimore, MD 21235
    Fax: (206) 615-2531
    Email: edmund.darcher@ssa.gov
    Telephone: (206) 615-2662
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOHNNY JIMENEZ, | Case No.: 1:23-cv-01622-BAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from January 12, 2024, up to and including March 18, 2024. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant is still waiting on essential input from interagency components, including a pending declaration from an agency official familiar with the procedural history of Plaintiff's

disability claims.  Once that input arrives, Defendant's response to Plaintiff's Complaint may need to undergo multiple internal reviews.  Defendant therefore cannot respond to Plaintiff's Complaint and asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint.  Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  Jan. 12, 2024        /s/  *John Metsker**
                             (*as authorized via e-mail on Jan. 12, 2024)
                             JOHN METSKER
                             Attorney for Plaintiff

Dated: Jan. 12, 2024         PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Social Security Administration

                       By:   /s/  *Edmund Darcher*
                             EDMUND DARCHER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 18, 2024, to respond to Plaintiff's Complaint.  All others dates in the Court's Scheduling Order (Doc. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **January 16, 2024**     /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE